# United States District Court
# For The Western District of North Carolina
# Statesville Division

SALLY JONES,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:06CV141

JO ANNE BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 30, 2007, Order.

                                                Signed: April 30, 2007

                                                Frank G. Johns, Clerk
                                                United States District Court